TOBIAS KAHANE v. ALFRED JACQUES.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

OLIVE RAE SQUIER v. CHARLES BURNHAM SQUIER.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ERNEST STAHL, JR., as Trustee, etc., v. AMALGAMATED TIRE STORES CORPORATION and Others.— Preference granted for October 27, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of CHARLES H. BAECHLER, Deceased.— Preference granted for October 27, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of ALEXANDER BLOCK v. JAMES A. DONEGAN, as Clerk, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of DAVID HENDERSON, an Infant, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of WILLIAM GREENSTEIN (MORRIS BUCHSBAUM). — Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ALTSCHUL-BATTERSON Co., INC., v. IRVING G. MARKOWITZ.— Motion to vacate order denied; order resettled. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ANNA MAHALI v. INTERNATIONAL MERCANTILE MARINE COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SOLOMON SCHWARTZ v. MARJOLET, INC.— Motion granted as indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of ELEANORA CERBONE and Others (EAST 151ST AND EAST 152D STREET, BRONX.) — Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MARGARET B. ROBINSON v. WILLIAM G. WILSON and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THEODORE YAYLIN v. QUEENS HAULAGE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of MAURICE A. LYNCH, an Attorney.— Motion for reinstatement granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

LAMPORT MFG. SUPPLY Co., INC., Respondent, v. GAINESVILLE MIDLAND RAILWAY COMPANY, Defendant, Impleaded with OCEAN STEAMSHIP COMPANY OF SAVANNAH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ROBERT E. GRAHAM, Appellant, v. PLAZA OPERATING COMPANY, Respondent. Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

YETTA FORMAN, Respondent, v. J. WEIL HOLDING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HARRY GOODE, an Infant, by JAMES GOODE, His Guardian ad Litem, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.